No. 462.   KOHN *v.* LOUISIANA.   Supreme Court of Louisiana.   Certiorari denied.   *Eugene Stanley* for petitioner.

No. 465.   IRA S. BUSHEY & SONS, INC. ET AL. *v.* CARDILLO, DEPUTY COMMISSIONER, SECOND COMPENSATION DISTRICT, ET AL.   C. A. 2d Cir.   Certiorari denied.   *Bernard Katzen* for petitioners.   *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Samuel D. Slade* for the Deputy Commissioner, and *Paul Koch* for the Hartford Accident & Indemnity Co., respondents.   Johansen, respondent, *pro se. Sidney A. Schwartz* for Ira S. Bushey & Sons, Inc. and the American Mutual Liability Insurance Co.

No. 466.   BRASIER *v.* UNITED STATES ET AL.   C. A. 8th Cir.   Certiorari denied.   *Herbert W. Baird* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Paul A. Sweeney* for the United States et al., and *Clarence S. Beck,* Attorney General of Nebraska, and *Robert V. Hoagland,* Assistant Attorney General, for Decker et al., respondents.

No. 467.   KAYE ET AL. *v.* SMITHERMAN ET AL.   C. A. 10th Cir.   Certiorari denied.   *Howard T. Fleeson* and *Dale M. Stucky* for petitioners.   *John F. Eberhardt* for respondents.

No. 468.   TYLER BANK & TRUST Co. *v.* CARDER ET AL. C. A. 5th Cir.   Certiorari denied.   *W. Dewey Lawrence* for petitioner.   *Chas. F. Potter* for respondents.

No. 473.   BENES *v.* CANARY, U. S. ATTORNEY.   C. A. 6th Cir.   Certiorari denied.   *William Patrick Clyne* for